Cory D. **VOORHIS,** Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY,** Respondent.

No. 2011–3221.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2012.

Thomas F. Muther, Jr., Minahan and Muther, PC, of Denver, CO, argued for petitioner.

Domenique Kirchner, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director. Of counsel on the brief was Robert P. Erbe, Immigration and Customs Enforcement, United States Department of Homeland Security, of Tucson, AZ.

RADER, Chief Judge, PROST and REYNA, Ciruit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**